IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RALPH LOHIER,                        )
# 67904-018,                         )
                                     )
            Plaintiff,               )
                                     )
     v.                              )        CASE NO.  2:18-CV-204-WKW
                                     )              [WO]
WALTER WOODS, Warden,                )
                                     )
            Defendant.               )

## ORDER

On April 27, 2018, the Magistrate Judge filed a Recommendation to which
no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of
the record and upon consideration of the Recommendation, it is ORDERED that
the Recommendation is ADOPTED, and that this case is DISMISSED without
prejudice for failure to prosecute and for failure to obey court orders.

Final judgment will be entered separately.

DONE this 30th day of May, 2018.

                              /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE